**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| SONRAI MEMORY LIMITED, | |
| Plaintiff, | Case No.  6:21-cv-00991-ADA |
| v. | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., | |
| Defendant. | |

## MOTION FOR ENTRY OF AGREED SCHEDULING ORDER

Pursuant to the Order Governing Proceedings—Patent Case, Plaintiff Sonrai Memory Limited and Defendant Amazon.com, Inc. move that the Court enter the agreed Scheduling Order, attached as Exhibit A.

Dated:  January 24, 2022

Respectfully submitted,

*/s/ Amy E. Hayden*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
bledahl@raklaw.com
Jacob R. Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Milkey (CA SBN 281213)
jmilkey@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474

Facsimile: (310) 826-6991

*Attorneys for Plaintiff Sonrai Memory Limited*

*/s/ Stefani E. Shanberg*

Stefani E. Shanberg (TX State Bar No. 24009955)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel:  (415) 268-7000

*Attorney for Defendant Amazon.com, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document is being served through CM/ECF on January 24, 2022.

*/s/ Amy E. Hayden*
Amy E. Hayden